14 So.2d 596

### Walter Mae JACKSON v. STATE.

#### 4 Div. 299.

Supreme Court of Alabama.

July 16, 1943.

Rehearing Denied Aug. 7, 1943.

Tompkins & Ramsey, of Dothan, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Geo. C. Hawkins, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Walter Mae Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jackson v. State, 14 So.2d 593.

Writ denied.

GARDNER, C. J., and THOMAS, BROWN, FOSTER, and LAWSON, JJ., concur.